NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SUSAN GUTOWSKI, DOC #R50251,   )
   )
      Appellant,   )
   )
v.   )
   )   Case No. 2D17-3164
STATE OF FLORIDA,   )
   )
      Appellee.   )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Susan Gutowski, pro se.


PER CURIAM.


      Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.